**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| IN RE: <br> **HENRY MURPHY, SR. AND** <br> **LATONYA MURPHY,** <br><br> **Debtors.** <br> _____/ | **CASE NO: 20-42770** <br> **CHAPTER: 13** <br> **JUDGE: RANDON** |

## ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS AND MODIFYING PLAN

The Trustee having filed a Motion to Dismiss, Debtors, through their Counsel, Frego and Associates – The Bankruptcy Law Office, PLC, and the Chapter 13 Standing Trustee, Krispen S. Carroll, having agreed to resolve the Trustee's Motion to Dismiss, and there being no adverse impact on creditors, therefore,

IT IS HEREBY ORDERED that the Trustee's Motion to Dismiss is resolved.

IT IS FURTHER ORDERED that Debtors' Plan payment shall be modified to $1,610 per month. Debtor Henry Murphy, Sr. shall be allowed to effectuate a wage deduction in the amount of $285.23 per week. Debtor Latonya Murphy shall make payments in the amount of $374 per month.

IT IS FURTHER ORDERED that in the event that debtor(s) fails(s) to make any future Chapter 13 plan payment, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

**Signed on September 14, 2022**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**